**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

IN RE: ENHANCED RECOVERY
COMPANY, LLC, TELEPHONE
CONSUMER PROTECTION ACT
LITIGATION

Case No. 6:13-md-2398-Orl-37GJK
(MDL No. 2398)

This document relates to all actions.

**ORDER**

This cause is before the Court on its own motion. On October 31, 2014, the Court issued an Order retaining jurisdiction over Plaintiff Loidy Tang's individual claims against Defendant Illinois Bell Telephone Company. (*See* Doc. 130.) Subsequently, Plaintiff Tang voluntarily dismissed those claims with prejudice. (*See* Doc. 131.) As those claims were the only claims that remained pending in this action, the Court finds that this case is due to be closed.

Accordingly, the Clerk is hereby **DIRECTED** to close Lead Case No. 6:13-md-2398 and Member Case No. 6:13-cv-44.

**IT IS SO ORDERED**.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on November 19, 2014.

ROY B. DALTON JR.
United States District Judge

Copies:

Counsel of Record